Tyson E. Hafen (NV Bar No. 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, Nevada 89106-4617
Phone: +1 702 868 2655
Fax: +1 702 993 0722
TEHafen@duanemorris.com

Gerald L. Maatman, Jr. (*pro hac vice*)
Jennifer A. Riley (*pro hac vice*)
Bernadette M. Coyle (*pro hac vice*)
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Phone: +1 312 499 6700
Fax: +1 312 499 6701
GMaatman@duanemorris.com
JARiley@duanemorris.com
BCoyle@duanemorris.com

Katherine Alphonso (*pro hac vice*)
**DUANE MORRIS LLP**
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Phone: +1 415 957 3000
Fax: +1 415 957 3001
KAlphonso@duanemorris.com

Attorneys for Defendant
*Premier Magnesia, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA HELTON, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff<br><br>v.<br><br>Premier Magnesia, LLC,<br><br>Defendant | Case No. 2:25-cv-02633-CDS-DJA<br><br>**ORDER GRANTING DEFENDANT PREMIER MAGNESIA, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 28] |

Pursuant to Local Rule IA 6-1, Defendant Premier Magnesia, LLC ("Defendant"), by and through its undersigned counsel, respectfully requests a 15-day extension of time to respond to Plaintiff

Melissa Helton's ("Plaintiff") First Amended Complaint ("FAC"), currently due on October 19, 2026, up to and including **November 2, 2026**.

Good cause exists for the requested extension. This is Defendant's first request to extend this deadline, and it is limited to 15 days. Defendant and its counsel require additional time to examine the FAC's new allegations, fully evaluate Plaintiff's claims, and prepare an appropriate response. In addition, Defendant is still assessing whether a renewed motion to dismiss is warranted, and the brief extension permits the parties to meaningfully meet and confer on the issue, which may avoid the need for further motion practice or materially narrow the issues in dispute. If a motion to dismiss remains necessary, the extension enables Defendant to present the issues to the Court in a more focused and efficient manner. The request for an extension is made in good faith, is not sought for purposes of delay, and will promote the effectual resolution of the pleadings without prejudicing either party or altering any other deadline in this matter. Further, granting the extension conserves both the parties' and the Court's resources.

Dated: October 19, 2026

**DUANE MORRIS LLP**

By: /s/ *Tyson E. Hafen*
Tyson E. Hafen (NV Bar No. 13139)
Gerald L. Maatman, Jr. (*pro hac vice)*
Jennifer A. Riley (*pro hac vice)*
Katherine Alphonso (*pro hac vice)*
Bernadette M. Coyle (*pro hac vice)*
GMaatman@duanemorris.com
JARiley@duanemorris.com
KAlphonso@duanemorris.com
BCoyle@duanemorris.com

Attorneys for Defendant
*Premier Magnesia, LLC*

IT IS SO ORDERED:

CRISTINA D. SILVA
United States District Judge

DATE: 10/19/2026